1   Michael S. Danko (SBN: 111359)
      mdanko@dankolaw.com
2   Kristine K. Meredith (SBN: 158243)
      kmeredith@dankolaw.com
3   Jennifer A. Zarich (SBN: 276130)
      jzarich@dankolaw.com
4   **DANKO MEREDITH**
    333 Twin Dolphin Drive, Suite 145
5   Redwood Shores, CA 94065
    Telephone: (650) 453-3600
6   Facsimile: (650) 394-8672

7   Jennifer L. Fiore (SBN: 203618)
      jennifer@thefafirm.com
8   Sophia Achermann (SBN: 262712)
      sophia@thefafirm.com
9   **FIORE ACHERMANN**
    605 Market Street, Suite 1103
10  San Francisco, CA 94105
    Tel | Fax (415) 550-0650

11
    *Counsel for Plaintiffs*
12

13

**GIBSON, DUNN & CRUTCHER LLP\***
Abbey Hudson, SBN 266885
  AHudson@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000

*Attorney for Defendants Moss Landing Power Company, LLC; Moss Landing Energy Storage 3, LLC; Vistra Corp.; Dynegy Operating Company; Vistra Corporate Services Company*

**QUINN EMANUEL URQUHART & SULLIVAN, LLP\***
Jeffrey N. Boozell (Bar No. 199507)
  jeffboozell@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000

*Attorneys for LG Energy Solution, Ltd.,*
*LG Energy Solution Arizona, Inc.,*
*LG Energy Solution Michigan, Inc., and*
*LG Energy Solution Vertech, Inc.*

14

15

16

**MUNGER, TOLLES & OLSON LLP\***
BRAD D. BRIAN (SBN 79001)
  brad.brian@mto.com
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071-3426
Telephone: (213) 683-9100

17

18

*Counsel for Defendant*
*Pacific Gas and Electric Company*

19

20

\*Additional counsel on signature pages

21

22

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

23
    BRIAN ROEDER; ANGIE ROEDER; ATTICUS
24  R.; SUSAN STRUBBE; RICHARD STRUBBE;
    JASON STRUBBE; ROBIN SHICK; ROBERT
25  SHICK; EVELYN ANDREWS; SHIREE RENE
    GOINS; SUZANNE ALSUP; KERRY COLVIN;
26  MELISSA SCHMITT; DEVIN SCHMITT;
    JAMIE S.; TONYA RIVERA; NATHALIE
27  HENDRICKS; CLINTON HENDRICKS; ERIN
    MURPHY; CHRISTOPHER BROADDUS;
28  PERRY B.; LAYTON B.; ANATUM WINERY;

CASE NO. 3:25-cv-03916-JD

**STIPULATION AND [PROPOSED] ORDER REMANDING TO STATE COURT**

Gibson, Dunn &
Crutcher LLP

JOY-ANNE STURM; ERIC STURM;
CHRISTOPHER RINK; ATHENA RINK;
CHRISTINA DAVIS; BRIAN DAVIS;
MAVERICK D.; SAVONA D.; CHERYL
ROBINSON; SCOTT ROBINSON; KAYLYN
ROBINSON; HAAKON FASTE; EVA
RORANDELLI; DEBRA SMITH;
CHRISTOPHER BASSETT; ROBIN BASSETT;
JENNIFER PENDERGAST; MATTHEW
McFAUL; GAYL EISNER; DANIELLE
LAISURE; MARK LAISURE; IAN L.;
MELANIE CORRELL; KELSEA COTTAM;
ERIC COTTAM; BROOKE C.; HADLEY C.;
RYDER C.; and JODY PARKER,

Plaintiffs,

v.

MOSS LANDING POWER COMPANY,
LLC; MOSS LANDING ENERGY STORAGE 3,
LLC; VISTRA CORP.; DYNEGY OPERATING
COMPANY; VISTRA CORPORATE
SERVICES COMPANY; LG ENERGY
SOLUTION, LTD.; L.G. ENERGY GROUP,
LLC; LG ENERGY SOLUTION ARIZONA,
INC.; LG ENERGY SOLUTION MICHIGAN,
INC.; LG ENERGY SOLUTION VERTECH,
INC.; PACIFIC GAS AND ELECTRIC
COMPANY; and DOES 1 through 100, inclusive,

Defendants.

Gibson, Dunn &
Crutcher LLP

STIPULATION AND [PROPOSED] ORDER REMANDING TO STATE COURT

The parties to the above-captioned litigation, by and through their respective counsel, hereby agree and stipulate as follows:

WHEREAS, Plaintiffs filed a Complaint on March 10, 2025, in Alameda County Superior Court, State of California., Case No. 25CV114147;

WHEREAS, Moss Landing Power Company, LLC; Moss Landing Energy Storage 3, LLC; Vistra Corp.; Dynegy Operating Company; and Vistra Corporate Services Company (collectively, "Vistra") removed *Schmidt v. Moss Landing Power Company, LLC*—a case arising out of the same event and which asserts substantially similar claims to the ones asserted in this case—from the Superior Court of the State of California for the County of Alameda (Case No. 25CV109594) to this court (Case No. 4:25-CV-02475-YGR);

WHEREAS, Vistra, with the consent of LG Energy Solution, Ltd.; LG Energy Solution Arizona, Inc.; LG Energy Solution Michigan, Inc.; and LG Energy Solution Vertech, Inc. (collectively, "LG") and Pacific Gas and Electric Company ("PG&E"), removed the *Roeder* State Court action to this Court on May 5, 2025;

WHEREAS, on June 4, 2025, Plaintiffs filed a motion to amend and to remand this action to the State Court;

WHEREAS, on June 18, 2025, Vistra, LG, and PG&E filed oppositions to the motion to amend and to remand;

WHEREAS, on June 25, 2025, Plaintiffs filed a reply in support of the motion to amend and to remand;

WHEREAS, the Court has not yet issued an order on the motion to amend and to remand;

WHEREAS, on August 6, 2025, the court in *Schmidt* ordered remand to the State Court, and Defendants, without making any concessions regarding the merits of the motion, no longer oppose Plaintiffs' motion to amend and to remand the action to State Court;

WHEREAS, the Parties have agreed that this action may be remanded to the State Court;

WHEREAS, this request is made in good faith and not for the purpose of delay but for judicial and party efficiency;

1    WHEREAS, the Parties have agreed that each Party shall bear its own attorneys' fees and costs

2    with respect to the removal and subsequent remand of this action.

3    NOW THEREFORE, the Parties hereby agree and stipulate, subject to the Court's approval,

4    that this Court may remand this action to the State Court.

5    **IT IS SO STIPULATED**.

6

7    DATED: August 22, 2025                    Respectfully submitted,

8
                                              By: */s/ Abbey Hudson*
9                                             **GIBSON, DUNN & CRUTCHER LLP**
                                              Abbey Hudson, SBN 266885
10                                            AHudson@gibsondunn.com
                                              Virginia Somaweera, SBN 318866
11                                            VSomaweera@gibsondunn.com
                                              333 South Grand Avenue
12                                            Los Angeles, CA 90071-3197
                                              Telephone: 213.229.7000
13

14                                            Austin Schwing, SBN 211696
                                              Aschwing@gibsondunn.com
15                                            Winston Y. Chan, SBN 214884
                                              WChan@gibsondunn.com
16                                            Deena B. Klaber, SBN 285237
                                              DKlaber@gibsondunn.com
17                                            One Embarcadero Center, Suite 2600
                                              San Francisco, CA 94111-3715
18                                            Telephone: 415.393.8200

19
                                              Michael Raiff, *pro hac vice*
20                                            MRaiff@gibsondunn.com
                                              2001 Ross Avenue, Suite 2100
21                                            Dallas, TX 75201-2923
                                              Telephone: 214.698.3100
22

23                                            *Attorney for Defendants Moss Landing Power*
                                              *Company, LLC; Moss Landing Energy Storage*
24                                            *3, LLC; Vistra Corp.; Dynegy Operating*
                                              *Company; Vistra Corporate Services Company*
25

26

27

28

1    DATED: August 22, 2025                    **FIORE ACHERMANN**

2                                              By:  */s/ Sophia Achermann*

3                                              Jennifer L. Fiore (SBN: 203618)
                                               jennifer@thefafirm.com
4                                              Sophia Achermann (SBN: 262712)
                                               sophia@thefafirm.com
5                                              605 Market Street, Suite 1103
                                               San Francisco, CA 94105
6                                              Tel | Fax (415) 550-0650

7                                              **DANKO MEREDITH**

8                                              Michael S. Danko (SBN: 111359)
                                               mdanko@dankolaw.com
9                                              Kristine K. Meredith (SBN: 158243)
                                               kmeredith@dankolaw.com
10                                             Jennifer A. Zarich (SBN: 276130)
                                               jzarich@dankolaw.com
11
                                               *Attorneys for Plaintiffs Brian Roeder, et al.*
12
      DATED: August 22, 2025                   **QUINN EMANUEL URQUHART &**
13                                             **SULLIVAN, LLP**

14                                             By:  */s/ Jeffrey N. Boozell*

15                                             Jeffrey N. Boozell (Bar No. 199507)
                                               jeffboozell@quinnemanuel.com
16                                             865 South Figueroa Street, 10th Floor
                                               Los Angeles, CA 90017
17                                             Telephone: (213) 443-3000

18                                             Eric C. Lyttle (*pro hac vice forthcoming*)
                                               ericlyttle@quinnemanuel.com
19                                             J. Matthew Hamann (*pro hac vice forthcoming*)
                                               matthewhamann@quinnemanuel.com
20                                             1300 I Street, NW, Suite 900
                                               Washington, D.C. 20005
21                                             Telephone: (202) 538-8000
                                               Facsimile: (202) 538-8100
22
                                               Patrick J. King (*pro hac vice forthcoming*)
23                                             patrickking@quinnemanuel.com
                                               Melanie Guzman (*pro hac vice forthcoming*)
24                                             melanieguzman@quinnemanuel.com
                                               700 Louisiana Street, Suite 3900
25                                             Houston, Texas 77002
                                               Telephone: (713) 221-7000
26                                             Facsimile: (713) 221-7100

27                                             *Attorneys for LG Energy Solution, Ltd.,*
                                               *LG Energy Solution Arizona, Inc.,*
28                                             *LG Energy Solution Michigan, Inc., and*

1

*LG Energy Solution Vertech, Inc.*

2  DATED: August 22, 2025

**MUNGER, TOLLES & OLSON LLP**
By:   */s/ Miriam Kim*

3

4

Brad D. Brian (SBN 79001)
brad.brian@mto.com

5

Wesley T.L. Burrell (SBN 281003)
wesley.burrell@mto.com

6

7

350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071-3426
Telephone: (213) 683-9100

8

9

Miriam Kim (SBN 238230)
miriam.kim@mto.com

**MUNGER, TOLLES & OLSON LLP**

10

560 Mission St. 27th Fl., San Francisco, CA
94105

11

Telephone: (415) 512-4000

12

*Attorneys for Defendant*
*Pacific Gas and Electric Company*

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Gibson, Dunn &
Crutcher LLP

STIPULATION AND [PROPOSED] ORDER REMANDING TO STATE COURT

**<u>ECF SIGNATURE ATTESTATION</u>**

      In accordance with Civil Local Rule 5-1, the filer of this document hereby attests under penalty of perjury that the occurrence in the filing of this document has been obtained from all signatories hereto.

Dated: August 22, 2025                  GIBSON, DUNN, & CRUTCHER LLP

                              By:  */s/ Abbey Hudson*
                                    Abbey Hudson, SBN 266885

STIPULATION AND [PROPOSED] ORDER REMANDING TO STATE COURT

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

### ~~[PROPOSED]~~ ORDER

Pursuant to the stipulation of the parties and for good cause appearing it is HEREBY ORDERED that the Clerk of the Court shall remand this action to the Alameda County Superior Court and to close this case; and that each party shall bear its own attorney's fees and costs with respect to the removal and subsequent remand of this action.

**IT IS SO ORDERED.**

Dated: September 3, 2025

_____

JAMES DONATO
United States District Judge

STIPULATION AND ~~[PROPOSED]~~ ORDER REMANDING TO STATE COURT